UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMEDA MAXWELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 13-1521 SS<br><br>AMENDED ORDER TO DISMISS ACTION<br><br>Honorable Suzanne H. Segal |

    Plaintiffs Armeda Maxwell, Sherri Maxwell and Michael Maxwell, and defendant United States of America filed a Stipulation to Dismiss Case based on the settlement agreement reached between the parties, and the Court issued an Order dismissing the action on March 4, 2016. The Order referenced Herbert Maxwell as a party who filed the Stipulation to Dismiss.

    Plaintiffs have subsequently filed a Notice of Errata stating that Herbert Maxwell died during the pendency of the action and was not a party to the Stipulation. Plaintiffs have requested that the Court issue an Amended Order removing reference to Herbert Maxwell. Therefore, the Court finds that Good Cause exists to issue an Amended Order, and,

    IT IS HEREBY ORDERED, that this action is dismissed with prejudice in its entirety, with each party to bear their own

attorney's fees and costs pursuant to the settlement agreement.

DATED:   This 21st day of March, 2016

                                        /S/
                        SUZANNE H. SEGAL
                        United States Magistrate Judge